**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOSEPH L. RIGATUSO,

Plaintiff,

v.

HEALTHPARTNERS,

Defendant.

Civil No. 01-1298 (JRT/FLN)

**ORDER OF DISMISSAL**

---

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 21, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________